UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LUEDTKE,<br><br>   Plaintiffs,<br><br> v.<br><br>DALE DROZD, et al,<br><br>   Defendants. | No. 1:20-cv-01662-NONE-SAB<br><br><br>ORDER OF RECUSAL |

  It appears to the undersigned, the district judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455(b)(5)(i) (a judge "shall recuse himself" when he is a party to an action) is appropriate. The undersigned therefore recuses himself from this matter.

  The Clerk of Court is directed to assign a new district judge to the action.

IT IS SO ORDERED.

Dated:  **December 4, 2020**      _/s/ Dale A. Drozd_
                  UNITED STATES DISTRICT JUDGE

1