# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LUEDTKE,<br><br>    Plaintiff,<br><br>v.<br><br>DALE DROZD, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01662-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING AND DISMISSING ACTION FOR FAILURE TO PAY THE FILING FEE<br><br>(ECF Nos. 6, 7) |

James Luedtke ("Plaintiff"), a federal prisoner, is appearing *pro se* in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 21, 2020, the magistrate judge filed a findings and recommendations. (ECF No. 6.) The magistrate judge recommended that this matter be dismissed for Plaintiff's failure to pay the filing fee. The findings and recommendations was served Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within thirty from the date of service. On January 14, 2021, Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed December 21, 2020, is ADOPTED IN FULL;
2. This matter is DISMISSED for Plaintiff's failure to pay the filing fee; and
3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  January 15, 2021                              _____
                                                     SENIOR DISTRICT JUDGE